IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02760-MSK-MEH

KELLY CRETTOL,

    Plaintiff,

v.

AUXILIUM PHARMACEUTICALS,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2014.**

    The Joint Unopposed Motion to Approve Proposed Stipulated Protective Order [filed December 12, 2014; docket #24] is **granted**.  The parties' proposed protective order is accepted and filed contemporaneously with this minute order.